No. 276. ANDERSON GRAY, APPELLANT, *v.* THE EQUITABLE MORTGAGE COMPANY OF KANSAS CITY, MO., ET AL. Appeal from the Circuit Court of the United States for the District of Kansas. March 13, 1908. Dismissed with costs on motion of counsel for the appellant. *Mr. Thomas F. Doran* for appellant. No appearance for appellees.

---

No. 200. L. LECHENGER ET AL., PLAINTIFFS IN ERROR, *v.* MERCHANTS' NATIONAL BANK OF HOUSTON ET AL. In error to the Court of Civil Appeals of the First Supreme Judicial District of the State of Texas. March 19, 1908. Dismissed with costs per stipulation. *Mr. Edgar Watkins, Mr. Frank C. Jones* and *Mr. James A. Baker* for plaintiffs in error. *Mr. A. L. Jackson, Mr. Jno. W. Parker* and *Mr. Hannis Taylor* for defendants in error.

---

No. 17. EDGAR JADWIN ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF TEXAS. In error to the Court of Civil Appeals of the First Supreme Judicial District of the State of Texas. April 13, 1908. Dismissed with costs on motion of Mr. Solicitor General Hoyt for the plaintiffs in error. *The Attorney General* for plaintiffs in error. *Mr. Robert Vance Davidson* for defendant in error.